SCWC-14-0000737

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

DERRICK SMITH
Petitioner/Petitioner-Appellant,

vs.

STATE OF HAWAIʻI,
Respondent/Respondent-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-14-0000737; S.P.P. NO. 10-1-0007 (FC-CR NO. 03-1-0277))

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, JJ.,
and Circuit Judge Chang, in place of Pollack, J., recused,
with Wilson, J., dissenting separately)

Petitioner/Petitioner-Appellant Derrick Smith's

Application for Writ of Certiorari filed on June 25, 2015, is

hereby rejected.

DATED:  Honolulu, Hawaiʻi, August 7, 2015.

Reginald P. Minn                    /s/ Mark E. Recktenwald
for petitioner

                                    /s/ Paula A. Nakayama
Stephen K. Tsushima
for respondent                      /s/ Sabrina S. McKenna

                                    /s/ Gary W.B. Chang

